AMELIA CORNELL, as Successor in Interest of PRUDENCE CARR, Deceased, Appellant, *v.* JEROME B. MALTBY, Respondent, Impleaded with Others.

(Submitted March 18, 1901; decided March 26, 1901.)

Motion for reargument denied, with ten dollars costs. (See 165 N. Y. 557.)

---

JOHN FINN, Respondent, *v.* PETER A. CASSIDY et al., Appellants.

(Submitted February 25, 1901; decided March 26, 1901.)

Motion for reargument denied, with ten dollars costs. (See 165 N. Y. 584.)